Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.

■ JAMES P. BEELEY, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Appeal No. 2.) [765 NYS2d 816] —Ap-

peal from a judgment of Supreme Court, Erie County (O'Donnell, J.), entered May 17, 2002, which upon a jury verdict awarded plaintiff money damages against defendant Volney R. Spencer.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.